FILED

NOV 17 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) ) ) | **4:22 CR 658** |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| MALCOM JAMAL DYER, | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) ) ) | **JUDGE LIOI** |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about October 11, 2022, in the Northern District of Ohio, Eastern Division, Defendant MALCOM JAMAL DYER, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver, on or about May 22, 2018, in case number 26-CR-0000207-2018, in the Fayette County, Pennsylvania, Court of Common Pleas; and Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver, on or about May 22, 2018, in case number 26-CR-0002210-2017, in the Fayette County, Pennsylvania, Court of Common Pleas, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Springfield Model XD-40, .40 pistol, bearing serial number XD474455, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offenses, Defendant MALCOM JAMAL DYER shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.